| | |
|---|---|
| 1 | Glenn R. Kantor (Bar No. 122643) |
|  | gkantor@kantorlaw.net |
| 2 | Brent Dorian Brehm (Bar No. 248983) |
|  | bbrehm@kantorlaw.net |
| 3 | KANTOR & KANTOR |
|  | 19839 Nordhoff Street, #1B |
| 4 | Northridge, CA 91324 |
|  | Telephone: (818) 886-2525 |
| 5 | Facsimile: (818) 350-6272 |
| 6 | Attorneys for Plaintiff |
|  | JOYCE HARRIS |
| 7 | |
| 8 | Kristin Kyle de Bautista (Bar No. 221750) |
|  | kkyle@mmhllp.com |
| 9 | MESERVE, MUMPER & HUGHES LLP |
|  | 1000 Wilshire Boulevard, Suite 1860 |
| 10 | Los Angeles, California 90017-2457 |
|  | Telephone:  (213) 620-0300 |
| 11 | Facsimile:  (213) 625-1930 |
| 12 | Attorneys for Defendant |
|  | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 13 | |
|  | Simona A. Agnolucci (Bar No. 246943) |
| 14 | sagnolucci@willkie.com |
|  | WILLKIE FARR & GALLAGHER LLP |
| 15 | One Front Street, 34th Floor |
|  | San Francisco, CA  94111 |
| 16 | Telephone:  (415) 858-7447 |
|  | Facsimile:  (413-858-7599 |
| 17 | |
|  | Michael T. Graham (Admitted *Pro Hac Vice*) |
| 18 | mgraham@willkie.com |
|  | WILLKIE FARR & GALLAGHER LLP |
| 19 | 30 North LaSalle Street, 50th Floor |
|  | Chicago, IL 60654 |
| 20 | Telephone:  (312) 728-9015 |
|  | Facsimile: (312) 728-9199 |
| 21 | |
|  | Attorney for Defendant |
| 22 | BDO USA, LLP |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

174083.1

1

Case No.  3:19-cv-04594-JS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

<table>
<tr><td>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

</td></tr>
</table>

| | |
|---|---|
| JOYCE HARRIS, | Case No. 3:19-cv-04594-JS |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; BDO USA, LLP, | Judge:    Jeffrey S. White |
| Defendant. | Complaint Filed:    August 7, 2019 |

IT IS HEREBY STIPULATED, by and between Plaintiff JOYCE HARRIS and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and BDO USA, LLP, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq.* of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated: July 22, 2020

Glenn R. Kantor
Brent Dorian Brehm
KANTOR & KANTOR


By:  */s/ Brent Dorian Brehm*
     Brent Dorian Brehm
     Attorneys for Plaintiff
     JOYCE HARRIS

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

2

Case No.  3:19-cv-04594-JS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

Dated: July 22, 2020  Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: */s/ Kristin Kyle de Bautista*
Kristin Kyle de Bautista
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

Dated: July 22, 2020  Simona A. Agnolucci
WILLKIE FARR & GALLAGHER LLP

By: */s/ Simona A. Agnolucci*
Simona A. Agnolucci
Attorneys for Defendant
BDO USA, LLP

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:19-cv-04594-JS, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: July 22, 2020

Hon. Jeffrey S. White
United States District Judge